IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MATTHEW DENNIS,

    Plaintiff,

  v.

KURT PICKNELL, WALWORTH
COUNTY, and MICHAEL DITTMAN,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-275-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1)   Granting defendant Michael Dittman's motion to dismiss;

(2)   Granting defendants Kurt Picknell and Walworth County's motion for summary judgment based on plaintiff's failure to exhaust administrative remedies; and

(3)   Dismissing plaintiff's state law claims against defendant Picknell without prejudice.

/s/
Peter Oppeneer, Clerk of Court

8/18/2016
Date